**FILED**
AM 08:47

U.S. DISTRICT COURT
N.D. OF ALABAMA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Randi M___  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Randi Morgan   C. Date of Delivery: 5/31/2011 |
| 1. Article Addressed to:<br><br>WINN-DIXIE MONTGOMERY, LLC<br>d/b/a WINN-DIXIE<br>c/o CORPORATE CREATIONS<br>NETWORK, INC.<br>6 OFFICE PARK CIRCLE #100<br>MOUNTAIN BROOK, AL 35223 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>CV11-PWG-1722-S<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7010 3090 0002 7937 9524 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540